Andrew F. Pierce, Esq. (State Bar No. 101889)
Stacy North, Esq. (State Bar No. 219034)
PIERCE & SHEARER LLP
2483 E. Bayshore Road, Suite 202
Palo Alto, CA 94303
Phone (650) 843-1900
Fax     (650) 843-1999
Email: apierce@pierceshearer.com
        stacy@pierceshearer.com
Attorneys for Plaintiff Joseph Ciampi

Steven A. Sherman, Esq. (State Bar No. 113621)
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
Phone (714) 953-5300
Fax (714) 953-1143
Email: ssherman@law4cops.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| JOSEPH CIAMPI<br>　　　　　Plaintiff,<br>　　v.<br>CITY OF PALO ALTO, a government entity; LYNNE JOHNSON, an individual; CHIEF DENNIS BURNS, an individual; OFFICER KELLY BURGER, an individual; OFFICER MANUEL TEMORES, an individual; OFFICER APRIL WAGNER, an individual; AGENT DAN RYAN; SERGEANT NATASHA POWERS, an individual.<br>　　　　　Defendants. | Case No. C 09 02655 PVT<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:　February 26, 2009<br>Time:　10:30 a.m.<br>Ctrm:　3, 5th Floor<br><br>[REQUEST FOR TELEPHONIC APPEARANCE]<br><br>Hon. Judge Fogel |

1

UPDATED CASE MANAGEMENT STATEMENT
CIAMPI v. CITY OF PALO ALTO ET AL.

Plaintiff JOSEPH CIAMPI ("CIAMPI" or "Plaintiff") and Defendant CITY OF PALO ALTO, LYNNE JOHNSON, CHIEF DENNIS BURNS, OFFICER KELLY BURGER, OFFICER MANUEL TEMORES, OFFICER APRIL WAGNER, AGENT DAN RYAN, SERGEANT NATASHA POWERS, (collectively "Defendants") jointly submit this Updated Case Management Statement pursuant to the Court's Standing Order.

**1. Discovery:**

Plaintiff has served, and Defendants have responded to, Plaintiff's First Request for Production of Documents and Special Interrogatories. Plaintiff is in the process of preparing a meet and confer response to work on disputed issues regarding the production.

The parties are coordinating dates for inspection of evidence.

**2. Settlement and ADR:**

The parties have agreed to mediation pursuant to ADR L.R. 6. On January 22, 2010, the parties had a phone conference with John A. Russo, the assigned Mediator, per ADR L.R. 6-6. Mediation is set for March 18, 2010. Defendants have made a settlement offer which has been rejected.

///

///

///

///

///

3. **<u>Other Matters:</u>**

    None.

Date: February 19, 2010            PIERCE & SHEARER LLP

                                          By: <u>/S/ Stacy North</u>
                                                Stacy North
                                                Attorney for JOSEPH CIAMPI

Date: February 19, 2010            FERGUSON, PRAET & SHERMAN
                                          A Professional Corporation

                                          By: <u>/s/ Steven A. Sherman</u>
                                              Steven A. Sherman
                                              Attorney for Defendants

UPDATED CASE MANAGEMENT STATEMENT
CIAMPI v. CITY OF PALO ALTO ET AL.