Andrew F. Pierce, Esq. (State Bar No. 101889)
Stacy Y. North, Esq. (State Bar No. 219034)
PIERCE & SHEARER LLP
2483 E. Bayshore Road, Suite 202
Palo Alto, CA  94303
Phone (650) 843-1900
Fax     (650) 843-1999

**E-Filed 3/16/2010**

Attorneys for Plaintiff TONY CIAMPI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| JOSEPH CIAMPI<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF PALO ALTO, a government entity; LYNNE JOHNSON, an individual; CHIEF DENNIS BURNS, an individual; OFFICER KELLY BURGER, an individual; OFFICER MANUEL TEMORES, an individual; OFFICER APRIL WAGNER, an individual; AGENT DAN RYAN; SERGEANT NATASHA POWERS, an individual.<br><br>　　　　　　Defendants. | Case No. C 09 02655 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MARCH 29, 2010 MEDIATION DEADLINE TO MAY 29, 2010**<br><br>Action Filed:   June 15, 2009<br>Trial Date:       January 11, 2011<br><br>Hon. Jeremy Fogel |

Plaintiff Tony Ciampi ("Plaintiff") and defendants City of Palo Alto, Lynne Johnson, Chief Dennis Burns, Officer Kelly Burger, Officer Manuel Temores, Officer April Wagner, Agent Dan Ryan and Seargeant Natasha Powers (collectively "Defendants"), by and through their respective counsel of record in this action, hereby stipulate as follows:

1.      On December 29, 2009, this Court entered the parties Stipulation for Mediation pursuant to ADR L.R. 6.  The Court further ordered that the mediation take place by March 29, 2009. On January 8, 2010, this Court appointed Randoph W. Hall to act as Mediator.  On January 22, 2010, the parties had a joint phone conference with Mr. Hall pursuant to ADR L.R. 6-6.  The mediation is currently set for March 18, 2010.

2.      Thereafter, the parties have diligently pursued this matter.  Plaintiff has sent, and Defendants have responded to, Plaintiff's first set of document requests and requests for inspection and special interrogatories.  Plaintiff has alleged in his complaint, *inter alia*, a tampering of evidence claim.  Plaintiff believes, and Defendants deny, that the audio and/or video equipment have been altered.  To resolve this issue, Plaintiff has retained an expert to analyze the equipment.

3.      Defendants have agreed to allow Plaintiff's expert to inspect some evidence at the police station, which Plaintiff believes in necessary for a meaningful analysis.  Plaintiff has been waiting for his expert to provide the specific list of items he needs to view, as well as dates on which he can view them.  Plaintiff thought this would be completed well in advance of the currently scheduled March 18th mediation.

4.      Plaintiff's expert has been involved in a trial, and he only recently began focusing his attention on this matter.  He just alerted Plaintiff that additional documents are necessary for his inspection, including the proper manuals for the audio and video equipment.  Plaintiff attempted to obtain these through Defendants, but a subpoena may be required.

5.      The parties desire a meaningful alternative resolution process. The parties agree that this matter will not be resolved without an analysis of the audio and video equipment.  Consequently, to avoid wasting the mediator's time, the parties respectfully request that the mediation deadline, currently set for March 29, 2009, be continued two months to May 29, 2009.

6.      This request for a continuance of the dates was at the Plaintiff's request and will not

1 | result in an injustice to Plaintiff.

3 | IT IS SO STIPULATED.

Date: March 15, 2009

FERGUSON, PRAET & SHERMAN
A Professional Corporation
By: /s/ Steven A. Sherman
Steven A. Sherman
Attorney for Defendants

Dated: March 15, 2010

PIERCE & SHEARER LLP
Stacy Y. North


By: /s/ Stacy Y. North
Stacy Y. North
Attorneys for Plaintiff
TONY CIAMPI


\* \* \* \* \* \* \* \* \* \*

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

The mediation completion date of March 29, 2010 set forth in the December 29, 2009 Stipulation and Order Selecting ADR Process is continued to May 29, 2010;


Dated: 3/16/2010

_____
The Honorable Jeremy Fogel
Judge of the United States District Court for
The Northern District of California