Andrew F. Pierce, Esq. (State Bar No. 101889)
Stacy North, Esq. (State Bar No. 219034)
PIERCE & SHEARER LLP
2483 E. Bayshore Road, Suite 202
Palo Alto, CA 94303
Phone (650) 843-1900
Fax    (650) 843-1999
Email: apierce@pierceshearer.com
       stacy@pierceshearer.com

Attorneys for Plaintiff Joseph Ciampi

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| JOSEPH CIAMPI<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PALO ALTO, a government entity; LYNNE JOHNSON, an individual; CHIEF DENNIS BURNS, an individual; OFFICER KELLY BURGER, an individual; OFFICER MANUEL TEMORES, an individual; OFFICER APRIL WAGNER, an individual; AGENT DAN RYAN; SERGEANT NATASHA POWERS, an individual.<br><br>Defendants. | Case No. C 09 02655 PVT<br><br>**DECLARATION OF ANDREW F. PIERCE IN SUPPORT OF ADMINISTRATIVE MOTION FOR ORDER PERMITTING PIERCE & SHEARER, LLP TO WITHDRAW AS COUNSEL OF RECORD AND REQUEST FOR CONTINUANCE OF TRIAL DATE AND ALL RELATED DEADLINES**<br><br>[Civil L.R. 11-5]<br>[Civil L.R. 7-11] |

1
**DECLARATION OF ANDREW F. PIERCE IN SUPPORT OF APPLICATION FOR ORDER PERMITTING PIERCE & SHEARER, LLP TO WITHDRAW AS COUNSEL OF RECORD AND REQUEST FOR CONTINUANCE OF TRIAL DATE AND ALL RELATED DEADLINES**

I, Andrew F. Pierce, hereby declare as follows:

1. I am the lead counsel for plaintiff Joseph Ciampi in this matter. We have reluctantly come to the conclusion that we cannot continue to represent Mr. Ciampi as he has made it impossible for us to do so. We do not come to this decision lightly.

2. I was brought into this matter at the urging of Aram James. As the court may recall, I represented Mr. James in a civil rights lawsuit against Santa Clara County assigned to Judge Fogel.

3. Mr. Ciampi is not interested in the opinions of the lawyers at our firm, including myself. He disagrees with our legal strategy, our assessment of evidence, our evaluation of the responsible parties, and our evaluation of the strategies for trial and/or settlement. When we took the case we knew that Mr. Ciampi, like many victims of official misconduct, had strong feelings about the matter. What we did not anticipate was his escalating hostility to his own attorneys.

4. There are limitations on what we can and will disclose because we do not wish to reveal attorney client confidential communications or impact Mr. Ciampi's case. If necessary, we can provide detailed, privileged information in an *in camera* hearing.

5. Generally, Mr. Ciampi has repeatedly accused us of failing to adequately represent his interests and withholding information. At various times, he has insisted that we take approaches to the case that we believe are unwise.

6. At various times Mr. Ciampi has accused us of intentionally failing to obtain evidence that he believes is pertinent to his claims, although Mr. Ciampi has been consulted on all stages of the discovery process. Given that discovery does not close until mid September, we have employed and paid the expert Mr. Ciampi selected, and we have reviewed evidence with him in

2
**DECLARATION OF ANDREW F. PIERCE IN SUPPORT OF APPLICATION FOR ORDER PERMITTING PIERCE & SHEARER, LLP TO WITHDRAW AS COUNSEL OF RECORD AND REQUEST FOR CONTINUANCE OF TRIAL DATE AND ALL RELATED DEADLINES**

great detail, we believe Mr. Ciampi does not have a reasonable basis for that belief. Such charges greatly impact our ability to represent him, as we are constantly distracted by his accusations.

7. Mr. Ciampi told third parties that I told him his case was worth various dollar amounts. None of the figures he has mentioned to third parties were figures that I ever told him represented the value of his case. While I understand that Mr. Ciampi may have misunderstood things he has been told, we cannot tolerate his repeating incorrect information to third parties outside the context of confidentiality and accusing us of misrepresenting the case to him.

8. In an email on March 27, 2010 to Aram James and others, Mr. Ciampi accused me of lying to him about the forensic evidence. Mr. Ciampi also referred to me personally as a "total fraud," and accused me of intentionally sabotaging the case in order to protect the Palo Alto police department.

9. While I believe Mr. Ciampi has legitimate grounds for his suit, Mr. Ciampi clearly needs to find a new attorney, and to respect that attorney's professional opinions, honor their request not to disclose attorney client communications, and generally cooperate with that person or persons. We have tolerated Mr. Ciampi for as long as was reasonable, and more. We cannot work with him further. We have repeatedly attempted to get him to sign a substitution of attorney, but the conditions that he has placed on that, which include changes to the court's schedule that are not achievable unilaterally, have made that impossible.

//

//

//

//

//

3
**DECLARATION OF ANDREW F. PIERCE IN SUPPORT OF APPLICATION FOR ORDER PERMITTING PIERCE & SHEARER, LLP TO WITHDRAW AS COUNSEL OF RECORD AND REQUEST FOR CONTINUANCE OF TRIAL DATE AND ALL RELATED DEADLINES**

10. We respectfully request that the court continue all existing calendar dates for at least six months so that Mr. Ciampi can locate a new attorney and proceed with his case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 16th day of April at Palo Alto, California.

PIERCE & SHEARER, LLP

*/s/ Andrew F. Pierce*
Andrew F. Pierce
Attorney for Plaintiff Joseph Ciampi

4
**DECLARATION OF ANDREW F. PIERCE IN SUPPORT OF APPLICATION FOR ORDER PERMITTING PIERCE & SHEARER, LLP TO WITHDRAW AS COUNSEL OF RECORD AND REQUEST FOR CONTINUANCE OF TRIAL DATE AND ALL RELATED DEADLINES**