**E-Filed 4/28/10**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH CIAMPI, | Case Number C 09-2655 JF (PVT) |
| Plaintiff, | ORDER[1] GRANTING MOTION TO WITHDRAW AS COUNSEL |
| v. | |
| CITY OF PALO ALTO, et al., | RE: DOC. NO. 34 |
| Defendants | |

On April 19, 2010, Pierce & Shearer, LLP filed a motion to withdraw as counsel of record for Plaintiff Joseph Ciampi as well as a request for a continuance of the trial date and related deadlines. Defendant did not oppose the motion, and Plaintiff filed an affidavit supporting the motion. Under Local Rule 7-11(c), the administrative motion is appropriate for determination without a hearing.

Good cause therefor appearing, the motion to withdraw as counsel of record for Plaintiff is GRANTED. Plaintiff or his representative and counsel for Defendants shall appear for a Case Management Conference on Friday, May 28, 2010, at 10:30 a.m. Pierce & Shearer shall continue to accept service of documents on behalf of Plaintiff until Plaintiff provides a new

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 08-1729 JF (PVT)
ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
(JFLC3)

1  address of record to the Court.

2  **IT IS SO ORDERED**

3  DATED: 4/28/10

    _____
    JEREMY FOGEL
    United States District Judge

2