UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, May 28, 2010     Time: 2 mins
**Case Number:** CV-09-2655-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Fisher

---

**TITLE:**         JOSEPH CIAMPI  V.  CITY OF PALO ALTO, ET AL

                **PLAINTIFF**                                  **DEFENDANT**

**Attorneys Present:** Joseph Ciampi, Pro se        **Attorneys Present:** Steven Sherman

PROCEEDINGS:

Further case management conference held.  Parties are present.  Continued to 8/27/10 at 10:30 a.m. for further case management conference.  The Court vacates the trial dates and referral to ADR.