Steven A. Sherman, Esq.  Bar No. 113621
**FERGUSON, PRAET & SHERMAN**
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705-7101
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
Ssherman@law4cops.com

Attorneys for Defendants City of Palo Alto, Chief Dennis Burns, Former Chief Lynne Johnson, Agent Ryan, Officer Burger, Officer Temores,  and Officer Wagner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CIAMPI,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF PALO ALTO, a government entity; LYNNE JOHNSON, an individual; CHIEF DENNIS BURNS, an individual; OFFICER KELLY BURGER, an individual; OFFICER MANUEL TEMORES, an individual; OFFICER APRIL WAGNER, an individual; AGENT DAN RYAN; SERGEANT NATASHA POWERS, individual,<br><br>    Defendants.<br>_____ | NO.  C09-02655 LHK (PVT)<br><br>**JOINT STIPULATION re TRIAL AND RELATED DATES; CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>DATE:  October 20, 2010<br>TIME:   10:30 a.m.<br>CTRM:  4, 5th Floor<br><br>**Pretrial Conference: 1/26/11**<br>**Trial: 2/14/11** |

///

///

///

///

///

///

///

_____

09-002

1   The parties herein are in agreement that they will proceed with the
2   Court's case management schedule set at the August 27, 2010, Case
3   Management Conference. As such, the followup Case Management
4   Conference presently set for October 20, 2010, may be vacated.

DATED: October 4, 2010

FERGUSON, PRAET & SHERMAN
A Professional Corporation

/s/ Steven A. Sherman
Steven A. Sherman
Attorneys for Defendants

DATED: October 4, 2010

/s/ Joseph A. Ciampi
Joseph Anthony Ciampi
Plaintiff in Pro Per

IT IS SO ORDERED:

The Case Management Order issued on August 27, 2010, will continue to govern this case. As the parties have agreed to proceed with the dates stated in that Order, the additional Case Management Conference set for October 20, 2010, is hereby vacated.

DATED: October  4 , 2010

_Lucy H. Koh_
Hon. Lucy H. Koh
United States District Court