UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JOSEPH CIAMPI, | ) | Case No.: C 09-2655 LHK (PVT) |
| Plaintiff, | ) | **ORDER RE DEFENDANTS' REQUEST FOR CLARIFICATION** |
| v. | ) | |
| CITY OF PALO ALTO, et al., | ) | **(Re: Docket No. 71)** |
| Defendants. | ) | |

On October 26, 2010, Defendants filed a request for clarification of this court's order of October 25, 2010.[1]  Based on that request and the file herein,

IT IS HEREBY ORDERED that, no later than November 1, 2010, Plaintiff shall file a response to Defendants' request.

IT IS FURTHER ORDERED that the meet and confer requirements of this court's order of October 25, 2010 (docket #70) are stayed pending further order of this court.

IT IS FURTHER ORDERED that Defendants shall promptly serve a copy of this order on non-party Kustom Signal.  Defendants shall also promptly email a copy of this order to Plaintiff.

IT IS FURTHER ORDERED that the hearing on Plaintiff's motion to compel remains on calendar for 10:00 a.m. on November 16, 2010.

Dated: *10/29/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1
2  ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***
3
4  copies mailed on      *10/29/10*     to:
5  Joseph Ciampi
   P.O. Box 1681
6  Palo Alto, CA 94302
7
                                            */s/   Donna Kirchner     for*
8                                           OSCAR RIVERA
                                            Courtroom Deputy
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28