UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH CIAMPI,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CITY OF PALO ALTO, a government entity; LYNNE JOHNSON, an individual; CHIEF DENNIS BURNS, an individual; OFFICER KELLY BURGER, an individual; OFFICER MANUEL TEMORES, an individual; OFFICER APRIL WAGNER, an individual; AGENT DAN RYAN; SERGEANT NATASHA POWERS, individual,<br><br>　　　　　Defendants. | Case No.: 09-CV-02655-LHK<br><br>ORDER EXTENDING DEADLINES FOR MEDIATION AND DISPOSITIVE MOTIONS |

　　In order to allow consideration of Plaintiff's application for inclusion in the Assisted Mediation Program and for a mediation to occur, the mediation deadline is extended to January 31, 2011, and the deadline for filing dispositive motions is extended to February 10, 2011.

　　Discovery is closed. Pretrial and trial dates will be reset at the case management conference to be held as scheduled on December 16, 2010.

**IT IS SO ORDERED.**

Dated: November 17, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 09-CV-02655-LHK
ORDER EXTENDING DEADLINES FOR MEDIATION AND DISPOSITIVE MOTIONS