UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH CIAMPI,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF PALO ALTO, et al.,<br><br>          Defendants. | Case No.: C 09-2655 LHK (PVT)<br><br>**FURTHER INTERIM ORDER RE PLAINTIFF'S MOTION TO COMPEL**<br><br>**(Re: Docket No. 55)** |

On November 12, 2010, this court issued an order soliciting a response from Plaintiff to Defendants filed the Declaration of Andrew Hinz in Opposition to Motion for Order to Compel Defendants and Defendant Burns to Produce and Provide Discovery. Plaintiff has filed his response. Having reviewed Plaintiff's response, the court finds it appropriate to seek further briefing from Defendants. Therefore,

IT IS HEREBY ORDERED that Defendants shall file a response to Plaintiff's response to the Hinz Declaration.

IT IS FURTHER ORDERED that the hearing on Plaintiff's motion to compel is CONTINUED to December 7, 2010.

Dated: *11/19/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1

2  ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

3

4  <u>copies mailed on</u>     *11/19/10*     <u>to:</u>

5  Joseph Ciampi
P.O. Box 1681
6  Palo Alto, CA 94302

7

8                                    <u>  /s/   Donna Kirchner     for  </u>
                                        OSCAR RIVERA
                                        Courtroom Deputy

9

10

...

28