UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

JOSEPH CIAMPI,
    Plaintiff in Propia Persona,

v.

CITY OF PALO ALTO, et al.,
    Defendants.
_____/

No. C 09-2655 LHK

**ORDER ASSIGNING CASE TO ASSISTED MEDIATION PROGRAM**

Plaintiff in this case has applied to participate in the court's Assisted Mediation Program. Based on the court's review of plaintiff's Declaration in Support of Application for Assisted Mediation, and plaintiff's acknowledgment that he has reviewed the description of the Assisted Mediation Program, wishes to participate in the Program, and understands and agrees to the limited representation to be provided by Special Mediation Counsel,

IT IS HEREBY ORDERED:

1. That the case be assigned to the Assisted Mediation Program and be mediated in accordance with the Alternative Dispute Resolution Local Rules of this court, except for Rules 6-3(c) and 6-3(d);

2. That Special Mediation Counsel be appointed for the limited purpose of representing plaintiff in the preparation for and mediation of this case; and

///

3. That the mediation shall be completed no later than January 31, 2011.

IT IS SO ORDERED.

November 23, 2010                    BY: _____*Lucy H. Koh*_____
Date                                             Lucy H. Koh
                                                 United States District Judge