UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH CIAMPI, | Case No.: 09-CV-02655-LHK |
| Plaintiff, | ORDER STRIKING FIRST AMENDED COMPLAINT; SETTING EXPEDITED BRIEFING SCHEDULE ON MOTION FOR LEAVE TO AMEND |
| v. | |
| CITY OF PALO ALTO, a government entity; LYNNE JOHNSON, an individual; CHIEF DENNIS BURNS, an individual; OFFICER KELLY BURGER, an individual; OFFICER MANUEL TEMORES, an individual; OFFICER APRIL WAGNER, an individual; AGENT DAN RYAN; SERGEANT NATASHA POWERS, individual, | |
| Defendants. | |

Defendants' Motion to Strike Plaintiff's First Amended Complaint ("FAC") is currently set for hearing on December 16, 2010. However, on November 22, 2010, Plaintiff filed a motion in which he conceded that the FAC was improperly filed and requested that the Court strike the FAC. Because all parties now agree that the FAC should be stricken, the Court hereby STRIKES Plaintiff's First Amended Complaint.

In his motion, Plaintiff further seeks leave of the Court to file a Second Amended Complaint ("SAC") and requests that the Court hear this motion at the hearing previously scheduled for December 16, 2010. The proposed SAC attached to Plaintiff's motion appears to be

1

Case No.: 09-CV-02655-LHK
ORDER STRIKING FIRST AMENDED COMPLAINT; SETTING EXPEDITED BRIEFING SCHEDULE ON MOTION FOR LEAVE TO AMEND

1    substantially similar, if not identical, to the FAC that Defendants previously moved to strike, and
2    Plaintiff's motion presents the limited issue of whether he should be granted leave to amend.
3    Accordingly, the Court finds that Defendants will not be prejudiced if Plaintiff's motion for leave
4    to amend is heard on December 16, 2010.  The Court therefore sets the following expedited
5    briefing schedule:

6        (1) Defendants shall file an opposition, or statement of non-opposition, to Plaintiff's motion
7            for leave to amend by Monday, December 6, 2010.
8        (2) Plaintiff shall file a reply, if any, by Friday, December 10, 2010.
9    A Case Management Conference will be held as previously scheduled to follow the motion hearing
10   on December 16, 2010.
11   **IT IS SO ORDERED.**

13   Dated: November 23, 2010         _____
                                      LUCY H. KOH
                                      United States District Judge

2

Case No.: 09-CV-02655-LHK
ORDER STRIKING FIRST AMENDED COMPLAINT; SETTING EXPEDITED BRIEFING SCHEDULE ON MOTION FOR LEAVE TO AMEND