UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JOSEPH CIAMPI,<br>    Plaintiff in Propia Persona, | No. C 09-2655 LHK |
| v. | **ORDER APPOINTING SPECIAL MEDIATION COUNSEL** |
| CITY OF PALO ALTO,<br>    Defendant.<br>_____/ | |

The court having ordered that this case be assigned to the Assisted Mediation Program, and plaintiff having requested and being in need of counsel to assist him in the mediation, and a volunteer attorney willing to be appointed for the limited purpose of representing plaintiff in the mediation having been located by the court,

IT IS HEREBY ORDERED THAT:

Robert Mezzetti
Mezzetti Law Firm, Inc.
31 East Julian Street
San Jose, CA 95112
Phone: 408-279-8400
Fax: 408-279-8448
rob@mezzettilaw.com

is appointed as Special Mediation Counsel.  This appointment shall be pursuant to the terms of the Application and Declaration of plaintiff to participate in the Assisted Mediation Program.  This

////

appointment and limited representation shall end upon the completion of the mediation and any follow-up activities agreed upon by the parties and the mediator, unless terminated earlier by the court.

Special Mediation Counsel shall notify the court promptly upon the completion of the mediation and any follow-up activities.  The court shall then issue an order relieving the Special Mediation Counsel from his limited representation of the plaintiff.  Thereafter, the attorney who has served as Special Mediation Counsel will only be permitted to represent the plaintiff upon order of the court if there is a signed written agreement under which the attorney agrees to provide such legal services.

IT IS SO ORDERED.

December 6, 2010
Date

BY: *Lucy H. Koh*
Lucy H. Koh
United States District Judge