UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH CIAMPI,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF PALO ALTO, et al.,<br><br>    Defendants. | Case No.: C 09-02655 LHK (PSG)<br><br>**ORDER DEEMING MOTION TO COMPEL AND SETTING HEARING AND BRIEFING SCHEDULE**<br><br>**(Re: Docket No. 115)** |

On January 31, 2011, Plaintiff filed an amended motion for an order to compel.[1] Plaintiff seeks to amend his first motion to compel, which was granted-in-part on December 13, 2010.[2] Plaintiff's amended motion was not noticed on the motion calendar as required by Civil Local Rule 7-2. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's amended motion is deemed to be a motion to compel.

IT IS FURTHER ORDERED that the motion to compel will be heard on March 15, 2011 at 10 a.m. in Courtroom 5, 4th Floor of the San Jose Courthouse. Any opposition and reply

---

[1] *See* 1/31/11 Am. Mot. for Order To Compel Def.s and Def. Burns to Produce and Provide Disc. (Docket No. 115).

[2] *See* 12/13/10 Order Granting-In-Part Pl.'s Mot. To Compel (Docket No. 102).

ORDER, *page 1*

1  should be served and filed as required by Civil Local Rule 7-3.

2  Dated: February 2, 2011

3  _____
   PAUL S. GREWAL
4  United States Magistrate Judge

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

copies mailed on  *2/2/11*       to:

Joseph Ciampi
P.O. Box 1681
Palo Alto, CA
94302

                               */s/ Kelly Lowenberg for*
                               OSCAR RIVERA
                               Courtroom Deputy