**JOSEPH CIAMPI**
P.O. Box 1681
Palo Alto, CA 94302
(650) 468-3561

Plaintiff *In Pro Se*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| JOSEPH CIAMPI, | NO. C 09-02655 LHK (PVT) |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR MEDIATION |
| v. | |
| CITY OF PALO ALTO, et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties that the date to complete mediation in the above-entitled matter may be extended for a period of 60 days to and including April 1, 2011.

DATED: _____    _____
                                  JOSEPH CIAMPI

DATED: _____    FERGUSON, PRAET & SHERMAN

                                  BY _____
                                  STEVEN A. SHERMAN, Attorney for
                                  Defendants

IT IS SO ORDERED:

DATED: _____    _____
                                  HONORABLE PAUL S. GREWAL

1

**JOSEPH CIAMPI**
P.O. Box 1681
Palo Alto, CA 94302
(650) 468-3561

Plaintiff *In Pro Se*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| JOSEPH CIAMPI, | NO. C 09-02655 LHK (PVT) |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR MEDIATION |
| v. | |
| CITY OF PALO ALTO, et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties that the date to complete mediation in the above-entitled matter may be extended for a period of 60 days to and including April 1, 2011.

DATED: _____   /s/ Joseph Ciampi
                        JOSEPH CIAMPI

DATED: _____   FERGUSON, PRAET & SHERMAN

                        BY_____
                        STEVEN A. SHERMAN, Attorney for Defendants

IT IS SO ORDERED:

DATED: February 3, 2011   /s/ Lucy H. Koh
                          LUCY H. KOH
                          United States District Judge

1