**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH CIAMPI,<br><br>                     Plaintiff,<br>          v.<br><br>CITY OF PALO ALTO, a government entity;<br>LYNNE JOHNSON, an individual; CHIEF<br>DENNIS BURNS, an individual; OFFICER<br>KELLY BURGER, an individual; OFFICER<br>MANUEL TEMORES, an individual; OFFICER<br>APRIL WAGNER, an individual; AGENT DAN<br>RYAN; SERGEANT NATASHA POWERS,<br>individual,<br><br>                     Defendants. | Case No.: 09-CV-02655-LHK<br><br>ORDER VACATING APPOINTMENT<br>OF ASSISTED MEDIATION COUNSEL;<br>REMOVING CASE FROM MEDIATION<br>PROGRAM; AND REFERRING CASE<br>FOR A MAGISTRATE JUDGE<br>SETTLEMENT CONFERENCE |

20      The above-entitled action was assigned to the Assisted Mediation Program on November

21  23, 2010.  A volunteer attorney willing to assist plaintiff in propia persona Joseph Ciampi with the

22  mediation process, Robert Louis Mezzetti II, was appointed as Special Mediation Counsel on

23  December 6, 2010.  Plaintiff has now requested that Mr. Mezzetti's appointment as Special

24  Mediation Counsel be vacated.

25      IT IS HEREBY ORDERED that the appointment of Robert Louis Mezzetti II as Special

26  Mediation Counsel is vacated.

27

28

1

Case No.: 09-CV-02655-LHK
ORDER VACATING APPOINTMENT OF ASSISTED MEDIATION COUNSEL; REMOVING CASE FROM
MEDIATION PROGRAM; AND REFERRING CASE FOR A MAGISTRATE JUDGE SETTLEMENT
CONFERENCE

United States District Court
For the Northern District of California

1    IT IS FURTHER ORDERED that this matter is removed from the court's mediation

2  program, and instead shall be referred for a settlement conference before Magistrate Judge Howard

3  R. Lloyd to take place within 90 days of this Order, subject to Judge Lloyd's schedule.  The parties

4  shall contact Patricia Cromwell, at 408-535-5365, no later than March 31, 2011 to schedule the

5  settlement conference.

6  **IT IS SO ORDERED.**

7

8  Dated: March 25, 2011

9  LUCY H. KOH
   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.: 09-CV-02655-LHK
ORDER VACATING APPOINTMENT OF ASSISTED MEDIATION COUNSEL; REMOVING CASE FROM
MEDIATION PROGRAM; AND REFERRING CASE FOR A MAGISTRATE JUDGE SETTLEMENT
CONFERENCE