1  Steven A. Sherman, Esq.  Bar No. 113621
   **FERGUSON, PRAET & SHERMAN**
2  A Professional Corporation
   1631 East 18th Street
3  Santa Ana, California  92705-7101
   (714) 953-5300 Telephone
4  (714) 953-1143 Facsimile
   Ssherman@law4cops.com
5
   Attorneys for Defendants
6

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 | JOSEPH CIAMPI,                                    ) | NO.  C09-02655 LHK (PSG)
12 |     Plaintiff,                                    ) | **[PROPOSED] ORDER re DEFENDANTS' REQUEST TO FILE SEPARATE FROM THEIR REPLY TO PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT, OBJECTIONS TO PLAINTIFF'S EVIDENCE or ALTERNATIVELY, FILE AN OVERSIZED BRIEF**
13 | v.                                                ) |
14 | CITY OF PALO ALTO, a government entity; LYNNE JOHNSON, an individual; CHIEF DENNIS BURNS, an individual; OFFICER KELLY BURGER, an individual; OFFICER MANUEL TEMORES, an individual; OFFICER APRIL WAGNER, an individual; AGENT DAN RYAN; SERGEANT NATASHA POWERS, individual, ) |
   
   Defendants.

20

21     Upon a showing of good cause,

22     IT IS SO ORDERED:

23     1.   Defendants may file their evidentiary objections to Plaintiff's Opposition to

24 Motion for Summary Judgment separate and apart from their Reply.

   **Defendants' objections may not exceed 5 pages.**

25 DATED: April  4 , 2011

26                                          _Lucy H. Koh_
27                                          _____
                                            Honorable Lucy H. Koh
                                            United States District Judge
28

09-002