United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH CIAMPI,<br><br>                Plaintiff,<br>    v.<br><br>CITY OF PALO ALTO, a government entity; LYNNE JOHNSON, an individual; CHIEF DENNIS BURNS, an individual; OFFICER KELLY BURGER, an individual; OFFICER MANUEL TEMORES, an individual; OFFICER APRIL WAGNER, an individual; AGENT DAN RYAN; SERGEANT NATASHA POWERS, individual,<br><br>                Defendants. | Case No.: 09-CV-02655-LHK<br><br>INTERIM ORDER REGARDING PLAINTIFF'S MOTION TO TAKE APPROPRIATE ACTION |

On June 30, 2011, the Court held a hearing on Plaintiff's Motion Requesting Appropriate Action Regarding Violations of the Law and Rules Committed by Attorney Steven Sherman. The Court took the motion under submission and will issue a written order. At the hearing, the Court ordered the parties to take certain measures with regard to a number of discovery matters raised in Plaintiff's motion. The Court therefore issues this interim order to confirm the orders issued and deadlines set at the hearing.

As discussed at the June 30, 2011 motion hearing, the Court hereby ORDERS as follows:

1

Case No.: 09-CV-02655-LHK
INTERIM ORDER REGARDING PLAINTIFF'S MOTION TO TAKE APPROPRIATE ACTION

(1) By July 14, 2011, Defendants will allow Plaintiff to view and verify the watermarks on any MAV recordings in Plaintiff's possession using the proprietary software at the Palo Alto Police Department.

(2) Defendants shall immediately place the Taser Camera labeled with serial number V07-065373 into evidence.

(3) Defendants shall determine whether the V07-065373 Taser Camera contains recordings from March 15, 2008. If it does, Defendants shall produce those recordings to Plaintiff by July 14, 2011, in the format required by Judge Grewal's April 21, 2011 Order Granting Motion to Compel (Dkt. No. 144).

This case is set for a pretrial conference on September 7, 2011. Jury trial is set to begin on September 26, 2011, with an estimated length of 5 days. The parties shall refer to the Jury Pretrial Standing Order, available at http://www.cand.uscourts.gov/lhkorders, in order to prepare for the pretrial conference. In addition, as stated in the Court's June 30, 2011 Minute Order (Dkt. No. 165), the case is referred to Chief Magistrate Judge Maria-Elena James for a Settlement Conference, to be completed by September 1, 2011.

**IT IS SO ORDERED.**

Dated: July 1, 2011

_____
LUCY H. KOH
United States District Judge