UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH CIAMPI, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF PALO ALTO, a government entity; LYNNE JOHNSON, an individual; CHIEF DENNIS BURNS, an individual; OFFICER KELLY BURGER, an individual; OFFICER MANUEL TEMORES, an individual; OFFICER APRIL WAGNER, an individual; AGENT DAN RYAN; SERGEANT NATASHA POWERS, individual, <br><br> Defendants. | Case No.: 09-CV-02655-LHK <br><br> ORDER TO FILE STATUS REPORT |

The parties participated in a settlement conference with Magistrate Judge James on August 9, 2011, and reached a settlement. Dkt. No. 189. The parties are hereby ORDERED to file, by Tuesday, August 16, 2011, 5:00 p.m. PST, a status report informing the Court when the parties will file their stipulation of dismissal.

**IT IS SO ORDERED.**

Dated: August 11, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 09-CV-02655-LHK
ORDER TO FILE STATUS REPORT