United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH CIAMPI, | Case No.: 09-CV-02655-LHK |
| Plaintiff, | ADMINISTRATIVE ORDER |
| v. | |
| CITY OF PALO ALTO, a government entity; LYNNE JOHNSON, an individual; CHIEF DENNIS BURNS, an individual; OFFICER KELLY BURGER, an individual; OFFICER MANUEL TEMORES, an individual; OFFICER APRIL WAGNER, an individual; AGENT DAN RYAN; SERGEANT NATASHA POWERS, individual, | |
| Defendants. | |

The Court understands that there is an outstanding issue regarding a lien, the resolution of which is required for the parties to file their stipulation of dismissal. The parties are hereby ORDERED to address this issue to Magistrate Judge James.

**IT IS SO ORDERED.**

Dated: August 19, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 09-CV-02655-LHK
ADMINISTRATIVE ORDER