United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH CIAMPI, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF PALO ALTO, a government entity; LYNNE JOHNSON, an individual; CHIEF DENNIS BURNS, an individual; OFFICER KELLY BURGER, an individual; OFFICER MANUEL TEMORES, an individual; OFFICER APRIL WAGNER, an individual; AGENT DAN RYAN; SERGEANT NATASHA POWERS, individual, <br><br> Defendants. | Case No.: 09-CV-02655-LHK <br><br> ADMINISTRATIVE ORDER |

The Court understands that there is an outstanding issue regarding a lien, the resolution of which is required for the parties to file their stipulation of dismissal. The parties are hereby ORDERED to address this issue to Magistrate Judge James.

**IT IS SO ORDERED.**

Dated: August 19, 2011

_____
LUCY H. KOH
United States District Judge

1