UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH CIAMPI,<br><br>              Plaintiff,<br>    v.<br><br>CITY OF PALO ALTO, a government entity; LYNNE JOHNSON, an individual; CHIEF DENNIS BURNS, an individual; OFFICER KELLY BURGER, an individual; OFFICER MANUEL TEMORES, an individual; OFFICER APRIL WAGNER, an individual; AGENT DAN RYAN; SERGEANT NATASHA POWERS, individual,<br><br>              Defendants. | Case No.: 09-CV-02655-LHK<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE COURT DOCUMENTS 169 AND 184 AND REQUIRING DEFENDANT TO PRODUCE INDEMNIFICATION AGREMENTS AND FILE POSITION STATEMENT |

Plaintiff has moved to strike ECF Nos. 169 and 184, which were set for a hearing on September 14, 2011. *See* ECF No. 201. The Court construes Plaintiff's motion to strike his two motions as a motion to withdraw. Plaintiff's motion to withdraw is hereby GRANTED; accordingly, the hearing on ECF Nos. 169 and 184 is hereby VACATED. The Pretrial Conference scheduled for September 14, 2011, remains as set.

By 5:00 p.m. PST, Tuesday, September 13, 2011, Defendant City of Palo Alto is hereby ORDERED to file its indemnification agreements, if any, with its experts, Andrew Hinz and Warren Page, and to file a statement of its position regarding Plaintiff's reservation of his right to

1

sue third-parties, including, but not limited to, Taser International, under the Settlement Agreement.  If applicable, Defendant shall comply with Civil Local Rule 79-5.

**IT IS SO ORDERED.**

Dated: September 12, 2011



_____
LUCY H. KOH
United States District Judge

2
Case No.: 09-CV-02655-LHK
ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE COURT DOCUMENTS 169 AND 184 AND REQUIRING DEFENDANT TO PRODUCE INDEMNIFICATION AGREMENTS AND FILE POSITION STATEMENT