Steven A. Sherman, Esq.  Bar No. 113621
**FERGUSON, PRAET & SHERMAN**
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705-7101
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
Ssherman@law4cops.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CIAMPI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF PALO ALTO, a government entity; LYNNE JOHNSON, an individual; CHIEF DENNIS BURNS, an individual; OFFICER KELLY BURGER, an individual; OFFICER MANUEL TEMORES, an individual; OFFICER APRIL WAGNER, an individual; AGENT DAN RYAN; SERGEANT NATASHA POWERS, individual,<br><br>　　　　　Defendants. | NO.  C09-02655 LHK (PVT)<br><br>[~~PROPOSED~~] **ORDER re STIPULATED DISMISSAL OF  DEFENDANTS, WITH PREJUDICE** |

**O R D E R**

**IT IS ORDERED** that Plaintiff's entire lawsuit as such pertains to Defendants City of Palo Alto, Officer Kelly Burger, Officer Manuel Temorres, and Sergeant April Wagner is dismissed with prejudice.  Each side is to bear its own costs, fees and expenses, including attorney fees.

DATED: October 24, 2011

_Lucy H. Koh_
Hon. Lucy H. Koh
United States District Judge